

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8836

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Maria Magdalena CAMPOS | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about October 5, 2007, within the Southern District of California, defendant Maria Magdalena CAMPOS did knowingly and intentionally import approximately 34.20 kilograms (75.24 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5TH, DAY OF OCTOBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Maria Magdalena CAMPOS

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent McDowell.

On October 5, 2007, at approximately 0420 hours, Maria Magdalena CAMPOS entered the United States at the Calexico, California, West Port of Entry. CAMPOS was the driver and registered owner of a 2002 Chevrolet Cavalier, bearing license plates CA/US 4WLZ874. The vehicle approached lane 7 manned by CBPO M. Gastelum. CBPO Gastelum received a negative oral Customs declaration from CAMPOS. CBPO Gastelum asked CAMPOS to open the trunk of the vehicle. While examining the trunk, CBPO Gastelum detected the odor of marijuana. CBPO Gastelum referred the vehicle to secondary inspection.

CBPO J. Esparza received the vehicle in secondary inspection. During routine questioning, CAMPOS gave a negative Customs declaration. CBPO Esparza requested a K-9 Officer to screen the vehicle. Narcotics Detector Dog alerted to the rear passenger door area.

A subsequent inspection of the vehicle revealed 7 packages in the rear floor and in the trunk of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 7 packages had a combined weight of approximately 34.20 kilograms (75.24 pounds).

CAMPOS was advised of her Miranda Rights, which she acknowledged and waived. CAMPOS admitted knowledge of drugs in the vehicle. CAMPOS stated that she was to be paid, but did not know how much. CAMPOS stated that she was not told what type of drugs was in the vehicle, but she assumed the drugs were marijuana.

CAMPOS was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge.