FILED
NOV - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3014-BEN |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |
| MARIA MAGDALENA CAMPOS, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about October 5, 2007, within the Southern District of California, defendant MARIA MAGDALENA CAMPOS, did knowingly and intentionally import approximately 34.20 kilograms (approximately 75.24 pounds) kilograms or more of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 6, 2007.

KAREN P. HEWITT
United States Attorney

*[signature]*

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
11/6/07