1  KAREN P. HEWITT
   United States Attorney
2  CALEB E. MASON
   Assistant United States Attorney
3  California State Bar No. 246653
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5956
   Facsimile:  (619) 235-2757
6  Email: cmason@usa.doj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10

11

12

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,        )   Case No. 07-CR-3014BEN
                                    )
                        Plaintiff,  )
14                                  )   **NOTICE OF APPEARANCE**
              v.                    )
15                                  )
   MARIA MAGDALENA CAMPOS,          )
16                                  )
                        Defendant.  )
17 _____  )

18

19 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20     I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21 above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice

22 under CivLR 83.3.c.3-4.

23     The following government attorneys (who are admitted to practice in this court or authorized

24 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25 counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

26 activity in this case:

27     Name

28     None.

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    Name

6    None.

7

8    Please call me at the above-listed number if you have any questions about this notice.

9    DATED: January 30, 2008.

Respectfully submitted,

10

KAREN P. HEWITT
11    United States Attorney

12    /s/ *Caleb E. Mason*

13    CALEB E. MASON
Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Notice of Appearance
28    United States v. Campos                    2                    07-CR-3014BEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3014BEN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| MARIA MAGDALENA CAMPOS | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age.  My

business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance

as lead counsel for the United States, dated January 30, 2008, and this Certificate of Service, dated

January 30, 2008, on the following parties by electronically filing the foregoing with the Clerk of

the District Court using its ECF System, which electronically notifies them:


**Scott Pactor, Esq.**
110 W. C St., Suite 2108
San Diego, CA 92103
*Attorney for defendant*


I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 30, 2008.


/s/ *Caleb E. Mason*
CALEB E. MASON
Assistant United States Attorney


Notice of Appearance
United States v. Campos                              3                              07-CR-3014BEN